UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEVIN LEE JAMES SCHMIDT,

    Petitioner,

  v.

KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation,

    Respondent.

Case No. 20-cv-00219-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear their own costs.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge